UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN N. MARTINELLI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARRONE BIO INNOVATIONS INC., et al.,<br><br>　　　　　Defendants. | No.  2: 14-cv-02055-MCE-KJN<br><br>**RELATED CASE ORDER** |
| PAUL SAUSMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARRONE BIO INNOVATIONS INC., et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-02072-MCE-KJN |

///

1

The Court has received the Notice of Related Case filed on September 9, 2014. Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected.  Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

For the reasons set forth above, the Court finds that <u>Sausman v. Marrone Bio Innovations, Inc. et al</u> (2:14-cv-02072-MCE-KJN) and <u>Martinelli v. Marrone Bio Innovations, Inc. et al</u> (2:14-cv-02055-MCE-KJN) ARE DESIGNATED as related actions as defined by Local Rule 123(a).  However, given that both actions are already assigned to the same judges, no reassignment is necessary.

IT IS SO ORDERED.

Dated: October 7, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT