1  JORDAN ETH (BAR NO. 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (BAR NO. 146041)
   JLobdell@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone:   415.268.7000
5  Facsimile:   415.268.7522

6  Attorneys for Defendants
   MARRONE BIO INNOVATIONS, INC., PAMELA G.
7  MARRONE, DONALD J. GLIDEWELL, and JAMES B. BOYD,

8

   UNITED STATES DISTRICT COURT
9
   EASTERN DISTRICT OF CALIFORNIA
10

11

12 | JOANN N. MARTINELLI, Individually and On Behalf of All Others Similarly Situated, | Case No.   2:14-cv-02055-MCE-KJN
13 | Plaintiff, | **STIPULATION AND ORDER DEFERRING DEADLINES TO RESPOND TO THE COMPLAINT**
14 | v. |
15 | MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, DONALD J. GLIDEWELL, and JAMES B. BOYD | Judge:      Hon. Morrison C. England
   | | Date Filed: Sept. 5, 2014
16 | | Trial Date: None Set
17 | Defendants. |

Pursuant to Civil Local Rule 144 and Federal Rule of Civil Procedure 6, the parties hereby stipulate, subject to the Court's approval, as follows:

WHEREAS, this securities class action lawsuit was instituted in this district on September 5, 2014, on behalf of all persons who purchased or otherwise acquired the publicly traded securities of Marrone Bio Innovations, Inc. ("Marrone") between March 6, 2014, and September 2, 2014;

WHEREAS, this securities class action lawsuit is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.* (the "Reform Act");

WHEREAS, a lead plaintiff has not yet been appointed pursuant to 15 U.S.C. § 78u-4(a)(3)(B) of the Reform Act;

WHEREAS, the Court issued an Order Requiring Joint Status Report on September 5, 2014 (Dkt. No. 3) setting deadlines for the parties' conference pursuant to Fed. R. Civ. P. 26(f);

WHEREAS, counsel for the parties have met and conferred and agreed that the due date for defendants' responses to the complaint and the filing of a joint status report should be deferred until a lead plaintiff is appointed;

WHEREAS, the agreed-upon extension is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to either party;

WHEREAS, no previous extension of this deadline has been sought;

NOW, THEREFORE, in the interest of judicial economy and good cause showing, the parties, by and through their undersigned counsel of record, hereby agree and stipulate, and the Court hereby orders, as follows:

1. Without prejudice to any parties' right to seek interim relief, Defendants shall have no obligation to answer or otherwise respond to the complaint until after the Court appoints a lead plaintiff and lead counsel pursuant to the provisions of the Reform Act.

2. Defendants will meet and confer with the court-appointed lead counsel within twenty (20) days following the appointment of a lead plaintiff and lead counsel to (a) confirm whether the lead plaintiff will file a new complaint that supersedes all previously filed complaints or deem the existing complaint operative; (b) establish a common response date for all defendants,

1  including a briefing schedule on defendants' anticipated motions to dismiss and (c) establish a

2  date to provide the Court with the Joint Status report as set forth in the Order of September 5,

3  2014.

4  Dated: October 28, 2014

MORRISON & FOERSTER LLP

By:      /s/ *Judson E. Lobdell*
            Judson E. Lobdell

JORDAN ETH
JUDSON E. LOBDELL
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
MARRONE BIO INNOVATIONS, INC.,
PAMELA G. MARRONE, DONALD J.
GLIDEWELL and JAMES B. BOYD


GLANCY BINKOW & GOLDBERG LLP
By: /s/ *Robert V. Prongay* as authorized on
        10/24/2014
             Robert V. Prongay

GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy
Michael Goldberg
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Attorneys for Plaintiff
JOANN N. MARTINELLI

# ORDER

The Court ADOPTS the above stipulation (ECF No. 11) in its entirety, except that the parties are ORDERED to submit joint status reports informing the Court of the status of this case every sixty (60) days starting from the date this order is electronically filed until the appointment of a lead plaintiff and lead counsel <u>and</u> the establishment of a date to provide the Court with the Joint Status report required by the Court's September 5, 2014, Order (ECF No. 3). Failure to comply with this Order may result in the issuance of monetary sanctions on counsel for all parties and/or dismissal of this action, without further notice to the parties, for noncompliance with court orders and/or for failure to prosecute pursuant to this Court's inherent authority to control its docket and/or Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: October 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT