UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN N. MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARRONE BIO INNOVATIONS, INC., et al.,<br><br>Defendants. | No. 2:14-cv-02055 MCE-KJN<br><br>**RELATED CASE ORDER** |
| PAUL SAUSMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARRONE BIO INNOVATIONS, INC., et al.,<br><br>Defendants. | No. 2:14-cv-02072 MCE-KJN |
| SSUCHIA CHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARRONE BIO INNOVATIONS, INC., et al.,<br><br>Defendants | No. 2:14-cv-02105 TLN-EFB |

| | | |
|---|---|---|
| 1 | KENT OLDHAM, individually and on behalf of all others similarly situated, | No.  2:14-cv-02130 WBS-DAD |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | MARRONE BIO INNOVATIONS, INC., et al., | |
| 6 | Defendants | |
| 7 | | |
| 8 | SPECIAL SITUATIONS FUND III QP, L.P., AND SPECIAL SITUATIONS CAYMAN FUND, L.P., individually and on behalf of all others similarly situated, | No.  2:14-cv-02571 KJM-EFB |
| 9 | | |
| 10 | Plaintiffs, | |
| 11 | v. | |
| 12 | MARRONE BIO INNOVATIONS, INC., et al., | |
| 13 | | |
| 14 | Defendants | |

    The Court has received the Notice of Related Case filed on November 4, 2014.

    Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected.  Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

///

IT IS THEREFORE ORDERED that the above-captioned actions are reassigned to Chief Judge Morrison C. England, Jr. and Magistrate Judge Kendall J. Newman for all further proceedings, and any dates currently set in the reassigned cases only are hereby VACATED. The Clerk of the Court is to issue an Order Requiring Joint Status Report. Further, the caption on documents filed in the reassigned cases shall be shown as follows:

1. <u>Chen v. Marrone Bio Innovations, Inc., et al.</u>, No. 2:14-cv-2105-MCE-KJN

2. <u>Oldham v. Marrone Bio Innovations, Inc., et al.</u>, No. 2:14-cv-02130-MCE-KJN

3. <u>Special Situations Fund III QP, L.P. et al. v. Marrone Bio Innovations, Inc., et al.</u>, No. 2:14-cv-02571-MCE-KJN

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  December 1, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT