**LOWENSTEIN SANDLER LLP**
MICHAEL J. MCGAUGHEY (198617)
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: 213-426-2170
Fax: 973-597-6233
mmcgaughey@lowenstein.com

*Counsel for Lead Plaintiffs Special Situations Fund III QP, L.P. and Special Situations Cayman Fund, L.P. and additional named Plaintiff David M. Fineman*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P. and DAVID M. FINEMAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, JAMES B. BOYD, DONALD J. GLIDEWELL, HECTOR ABSI, ELIN MILLER, RANJEET BHATIA, PAMELA CONTAG, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, LES LYMAN, RICHARD ROMINGER, SHAUGN STANLEY, SEAN SCHICKENDANZ, and ERNST & YOUNG LLP, <br><br> Defendants. | Case No. 2:14-cv-02571-MCE-KJN <br><br> CONSOLIDATED CLASS ACTION <br><br> Chief Judge Morrison C. England, Jr. <br><br> **ORDER SUSPENDING DEADLINE TO RESPOND TO CONSOLIDATED COMPLAINT AND DIRECTING PLAINTIFFS TO FILE MOTION FOR LEAVE TO AMEND** |

Order Suspending Deadline To Respond
To Second Amended Complaint And Directing
Plaintiffs To File Motion For Leave To Amend
Master Case No. 2:14-cv-2571-MCE-KJN

The Court has received the March 3, 2016 letter from Lowenstein Sandler LLP (ECF No. 52), counsel to Lead Plaintiffs Special Situations Fund III QP, L.P and Special Situations Cayman Fund, L.P. ("Lead Plaintiffs"), as well as additional named Plaintiff David M. Fineman (collectively with Lead Plaintiffs, "Plaintiffs"), and Lead Counsel for the class in this consolidated securities fraud class action.  Plaintiffs request that the deadline for Defendant Ernst & Young LLP ("E&Y") to respond to the Second Consolidated Amended Complaint (ECF No. 44) be suspended pending Plaintiffs' anticipated motion for leave to amend pursuant to Federal Rule of Civil Procedure 15(a)(2), which Plaintiffs indicate that they intend to file no later than March 15, 2016.

IT IS THEREFORE ORDERED that Plaintiffs shall file their anticipated motion for leave to amend no later than March 15, 2016; and it is further

ORDERED that E&Y's current deadline to respond to the Second Consolidated Amended Complaint be and hereby is suspended; and it is further

ORDERED that E&Y shall file and serve its opposition to Plaintiffs' motion for leave to amend, if any, no later than twenty-one (21) days after Plaintiffs file and serve the motion; and it is further

ORDERED that if E&Y opposes Plaintiffs' motion for leave to amend, Plaintiffs shall file and serve their reply brief within fourteen (14) days after E&Y files and serves its opposition.

IT IS SO ORDERED.

Dated:  March 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Order Suspending Deadline To Respond
To Second Amended Complaint And Directing
Plaintiffs To File Motion For Leave To Amend
Master Case No. 2:14-cv-2571-MCE-KJN